HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org

Attorney for Defendant
KEITH HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CrS-12-420 TLN |
| Plaintiff, | STIPULATION TO PERMIT TRAVEL |
| vs. | Judge: Hon. Troy L. Nunley |
| KEITH HILL, | |
| Defendant. | |

**It is hereby stipulated** by and between the parties hereto through their respective counsel, Kyle Reardon, Assistant United States Attorney, attorney for Plaintiff, and Matthew Scoble, Assistant Federal Defender, attorney for the Defendant, that Mr. Hill's release conditions be modified to permit his travel to Bass Lake, California, from November 27, 2013 to November 30, 2013. Mr. Hill's in-laws have a time-share at Bass Lake and have invited Mr. Hill and his fiancé to spend some time there around the Thanksgiving Holiday. All those in attendance will be adults, and all are aware of Mr. Hill's pending federal charges. Mr. Hill and defense counsel have communicated this request to Mr. Hill's pre-trial services officer, Mr. Ryan Garcia. Mr. Garcia "takes no position" on the request. Defense counsel has spoken to AUSA Reardon regarding this request. Mr. Reardon has no objection to it. Mr. Hill has previously provided all details regarding the trip to PTSO Garcia, and is in full compliance with his supervision.

//

Dated: October 15, 2013

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ MATTHEW M. SCOBLE*
                                    MATTHEW M. SCOBLE
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    KEITH HILL

                                    */s/MATTHEW M. SCOBLE* for
                                    KYLE REARDON
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

## **ORDER**

**It is so ordered**. Mr. Hill is given permission to travel as set for above. All people in attendance must be made aware that Mr. Hill is not allowed any access to the internet.

Dated: October 16, 2013

                                      _____
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE