1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MATTHEW M. SCOBLE, #237432
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, CA  95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   KEITH RICHARD HILL

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )   Case No. 2:12-CR-420 TLN
                                       )
11                      Plaintiff,     )   STIPULATION AND ORDER TO CONTINUE
                                       )   STATUS CONFERENCE AND TO EXCLUDE
12          v.                         )   TIME
                                       )
13  KEITH RICHARD HILL,                )   Date:    December 5, 2013
                                       )   Time:    9:30 a.m.
14                      Defendant.     )   Judge:   Honorable Troy L. Nunley
                                       )

15

16

17          KEITH RICHARD HILL by and through his counsel, MATTHEW M. SCOBLE,

18  Assistant Federal Defender, and KYLE REARDON, Assistant United States Attorney, hereby

19  agree that the status conference set for October 17, 2013, be continued to December 5, 2013, at

    9:30 a.m.
20
            This continuance is necessary because counsel needs additional time to consult with his
21
    client, review the current charges, review discovery, and discuss potential resolutions.
22
            Counsel, along with the defendant, agree that the time from October 15, 2013 through
23
    December 5, 2013, should be excluded in computing the time within which the trial must
24
    commence under the Speedy Trial Act, §§3161(h)(7)(A) and (B)(iv) and Local Code T4,
25
    [continuity of counsel] and that the ends of justice served by this continuance outweigh the best
26
    interests of the public and the defendant in a speedy trial.
27
    / / /
28

1   DATED: October 15, 2013                 HEATHER E. WILLIAMS
                                            Federal Defender
2

3
                                            */s/ Matthew M. Scoble*
4                                           MATTHEW M. SCOBLE
                                            Assistant Federal Defender
5                                           Attorney for RICHARD RAYMOND KLEIN

6

7   DATED: October 15, 2013                 BENJAMIN B. WAGNER
                                            United States Attorney
8

9
                                            */s/ Matthew M. Scoble for*
10                                          KYLE REARDON
                                            Assistant U.S. Attorney
11                                          Attorney for Plaintiff

12                              **O R D E R**

13          The Court, having received, read, and considered the stipulation of the parties, and good

14  cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The

15  Court specifically finds that the failure to grant a continuance in this case would deny counsel

16  reasonable time necessary for effective preparation, taking into account the exercise of due

17  diligence.  The Court finds that the ends of justice to be served by granting the requested

18  continuance outweigh the best interests of the public and defendant in a speedy trial.

19          The Court orders that the time from the date of the parties stipulation, up to and including

20  December 5, 2013, shall be excluded from computation of time within which the trial of this case

21  must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7)(A)and

22  (B)(iv) and Local Code T4 (reasonable time for counsel to prepare). It is further ordered that the

23  October 17, 2013 status conference shall be continued until December 5, 2013, at 9:30 a.m.

24  Dated: October 17, 2013

25

26

27  _____
    Troy L. Nunley
28  United States District Judge